Gabriela Mejia
3074 Village Pine Drive, Unit B
San Diego, CA 92173
(619) 476-3200
NO EMAIL NO FAX

In Pro Se

FILED
2010 SEP 29 PM 1:53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Gabriela Mejia )
    Plaintiff, )
Vs. )   Case No.
) **'10 CV 2030 H    CAB**
The Moore Law Group, )
and Does 1 through 5 inclusive )   VIOLATION OF FAIR CREDIT
)   REPORTING ACT
    Defendants. )
)   **DEMAND FOR JURY TRIAL**
)
)

COMPLAINANT, Gabriela Mejia, alleges as follows:

<u>A. JURISDICTION AND PARTIES</u>

1. At all times herein mentioned, Complainant, Gabriela Mejia, hereafter referred to as "MEJIA" was a resident of the County of San Diego.

2. MEJIA is informed and believes and on that basis alleges, that Defendant, The Moore Law Group hereafter referred to as "MOORE", was at all times herein mentioned a company authorized to do business in the State of California.

1
**COMPLAINT**

3. Venue of this court is proper based on 15 USC 1681(p), as MEJIA has suffered damage as a result of violations by MOORE of the Fair Credit Reporting Act, as hereafter set forth.

## FIRST CLAIM FOR RELIEF
(Willful Non-Compliance)

4. On or about April 9, 2010, MOORE violated 15 USC 1681, by made an inquiry into MEJIA'S consumer credit report, without the knowledge or consent of MEJIA. MEJIA had not requested a report from MOORE for the purpose of extending credit, employment, insurance underwriting, or any other purpose allowed under this section. Further the inquiry violated 15 USC 1681 (b) on the basis that the inquiry was not made for any permissible purpose as enumerated in this section.

5. As a result of this unauthorized action by MOORE, MEJIA has suffered damage, and is entitled to damages of $1,000 pursuant to 15 USC 1681(n), per incident. This incident has occurred daily since April 9, 2010 to September 29, 2010, is 173 occurrences for a total of $173,000.

6. MEJIA further alleges that as a result of the damage she suffered as a result of MOORE 's violation, MEJIA is entitled to punitive damages in the sum of $50,000.

7. MEJIA alleges that she is also entitled to reasonable costs, including attorney's fees for her damages suffered as a result of MOORE's acts.

WHEREFORE, Complainant prays judgment against Defendant as hereinafter set forth.

## SECOND CLAIM FOR RELIEF
(Negligent Non-Compliance)

8. MEJIA realleges and incorporates by reference, as though fully set forth herein, the allegations contained in 1 through 7 of this Complaint.

9. MOORE negligent non-compliance with the provisions of 15 USC 1681 (O) resulted in damage to MEJIA. MEJIA is entitled to damages according to proof.

10. MEJIA alleges that she is also entitled to reasonable costs, including attorney's fees for her damages suffered as a result of MOORE's acts, pursuant to 15 USC 1681 (O).

WHEREFORE, Complainant prays as follows:

**As to the First Statement of Claim**:

1. That Complainant be awarded $173,000 for the violation of the 15 USC 1681;
2. For punitive damages in the sum of $50,000;

**As to the Second Statement of Claim:**

3. For damages according to proof;
4. For costs including reasonable attorney's fees;

**As to All Statement of Claims;**

5. For such other and further relief that the court deems proper.

Dated: September 28, 2010

By _____
Gabriela Mejia, In Pro Se

---

3

**COMPLAINT**

### DEMAND FOR JURY TRIAL

Complainant moves this court pursuant to Fed.R.Civ.P. Rule 38 "Jury Trial of Right" and thereby demand a Jury Trial. The undersigned certifies that a copy hereof has been furnished to the parties listed in the Certificate of Service.

Dated: September 28, 2010

By: _____
Gabriela Mejia, In Pro Se

## VERIFICATION

I, Gabriela Mejia, am the Plaintiff in the above entitled action. I have read the foregoing Complaint. The facts stated therein are within my knowledge and are true and correct, except those matters stated on information and belief, and, as to those, I believe them to be true and correct. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 28th day of September 2010 at San Diego, California.

By: _____
Gabriela Mejia, In Pro Se     9/29/10

**JS 44** (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Gabriela Mejia

## DEFENDANTS
The Moore Law Group, and Does 1 through 5 inclusive

2010 SEP 29 PM 1:53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Pro Se

Attorneys (If Known)

'10 CV 2030 H    CAB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☒ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | IMMIGRATION | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1681 FAIR CREDIT REPORTING ACT

Brief description of cause:
Negligent and willful non-compliance

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 223,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE 9/29/10
SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY

RECEIPT # 18569   AMOUNT $350   9/29/10 RM   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

CR

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS018569
Cashier ID: bhartman
Transaction Date: 09/29/2010
Payer Name: GABIRELA MEJIA
------------------------------
CIVIL FILING FEE
 For: MEJIA V THE MOORE LAW GROUP
 Case/Party: D-CAS-3-10-CV-002030-001
 Amount:         $350.00
------------------------------
CHECK
 Check/Money Order Num: 5300
 Amt Tendered:  $350.00
------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```