Harvey M. Moore, Esq. SBN 101128
The Moore Law Group,
a professional corporation
3710 S. Susan Street, Suite 210
Santa Ana, CA 92704
(714) 431-2000

Attorneys for Defendant
The Moore Law Group

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA MEJIA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THE MOORE LAW GROUP, and DOES 1 through 5, inclusive,<br><br>　　　　　　Defendants. | Case No. 10CV2030 H CAB<br><br>**ANSWER TO COMPLAINT** |

Defendant, The Moore Law Group ("Responding Defendant") responds to the allegations contained in Plaintiff, Gabriela Mejia's ("Plaintiff") Complaint, as follows:

1. Responding to Paragraph 1 of the Complaint, Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

2. Responding to Paragraph 2 of the Complaint, Responding Defendant admits the allegations set forth therein.

3. Responding to Paragraph 3 of the Complaint, Responding Defendant admits that on or about April 9, 2010, The Moore Law Group obtained a consumer credit report regarding Mejia and that it had a permissible purpose to do so. Except as expressly admitted herein, Responding Defendant denies, generally and specifically, each and every remaining allegation contained therein.

4. Responding to Paragraph 4 of the Complaint, Responding Defendant denies, generally and specifically, each and every allegation contained therein.

5. Responding to Paragraph 5 of the Complaint, Responding Defendant denies, generally and specifically, each and every allegation contained therein.

6. Responding to Paragraph 6 of the Complaint, Responding Defendant denies, generally and specifically, each and every allegation contained therein.

7. Responding to Paragraph 7 of the Complaint, Responding Defendant denies, generally and specifically, each and every allegation contained therein.

8. Responding to Paragraph 8 of the Complaint, Responding Defendant refers to and incorporates its responses to Paragraphs 1 through 7 as set forth in full above as to the allegations contained therein.

9. Responding to the Paragraph 9 of the Complaint, Responding Defendant denies, generally and specifically, each and every allegation contained therein.

10. Responding to Paragraph 10 of the Cross-Complaint, Responding Defendant denies, generally and specifically, each and every allegation contained therein.

## FIRST AFFIRMATIVE DEFENSE

(Failure to State A Claim)

11. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

(Lack of Proximate Cause)

12. The alleged injuries to Complainant was not proximately caused by any acts or omissions of Responding Defendant.

## THIRD AFFIRMATIVE DEFENSE

(Waiver/Estoppel)

13. Plaintiff has waived, and/or are estopped from alleging the matters set forth in the Complaint.

## FOURTH AFFIRMATIVE DEFENSE

(Consent)

14. Plaintiff acknowledged, ratified, consented to and/or acquiesced in the alleged acts or omissions, if any, of Responding Defendant, thus barring Plaintiff's recovery.

## FIFTH AFFIRMATIVE DEFENSE

(Unclean Hands)

15. The Complaint, and each cause of action therein, is barred by the doctrine of unclean hands.

## SIXTH AFFIRMATIVE DEFENSE

(Failure to Mitigate)

16. Plaintiff failed to mitigate her damages.

## SEVENTH AFFIRMATIVE DEFENSE

(Good Faith)

17. At all times relevant to the causes of action alleged therein, Responding Defendant acted with good faith and honesty of purpose.

## EIGHTH AFFIRMATIVE DEFENSE

(Bad Faith)

18. Plaintiff filed her action against Responding Defendant in bad faith and for an improper purpose.

## NINTH AFFIRMATIVE DEFENSE

(Damages Resulted Solely from Plaintiff's Fault)

19. Responding Defendant alleges, without admitting liability or obligation, if any, without impairing the general denials herein, that if Plaintiff was damaged at all, Plaintiff was so damaged due to Plaintiff's own failures, or by the failures of those acting on Plaintiff's behalf.

## TENTH AFFIRMATIVE DEFENSE

(Justifiable Conduct)

20. Responding Defendant alleges, without admitting any liability or obligation, if any, without impairing the general denials herein, that the conduct of Responding Defendant in regard to the matters alleged in the Complaint on file were justified, and by reason of the foregoing, Plaintiff is barred from any recovery against Responding Defendant.

///

///

## ELEVENTH AFFIRMATIVE DEFENSE

(Reservation)

21. Responding Defendant presently has insufficient knowledge or information on which to form a belief as to whether they may have additional, and as yet unstated, affirmative defenses available. Responding Defendant reserves herein the right to assert additional defenses in the event that the discovery indicates that it would be appropriate.

WHEREFORE, Responding Defendant, prays as follows:

1. That Plaintiff take nothing by virtue of her Complaint and that this action and that this action be dismissed in its entirety;
2. For costs of suit and attorneys' fees incurred herein; and
3. For such other and further relief as the Court may deem just and proper.

Dated: October 19, 2010

The Moore Law Group,
A Professional Corporation

By _____
Harvey M. Moore
Attorneys for Responding Defendant

## CERTIFICATE OF SERVICE

I, Ray Mahdavi, do hereby certify that on October 20, 2010, a copy of the forgoing document was sent by U.S. Mail to:

Gabriela Mejia
3074 Village Pine Drive, Unit B
San Diego, CA 92173



Ray Mahdavi

1