Harvey M. Moore, Bar No. 101128
The Moore Law Group,
A Professional Corporation
3710 S. Susan St., Ste 210
P.O. Box 25145
Santa Ana, CA 92799-5145
(714) 431-2000

Attorneys for Defendant
The Moore Law Group, APC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gabriela Mejia,<br><br>Plaintiff,<br><br>vs.<br><br>The Moore Law Group, APC,<br><br>Defendant. | Case No. 10cv2030-H(CAB)<br><br>NOTICE OF MOTION AND MOTION BY THE MOORE LAW GROUP, FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE FOR SUMMARY ADJUDICATION OF ISSUES<br><br>[Submitted Concurrently With Memorandum of Points & Authorities; and Separate Statement of Undisputed Material Facts]<br><br>DATE: January 24, 2011<br>TIME:  10:30 AM<br>DEPT:  13 |

-1-

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on January 24, 2011, at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 13 of the above-entitled Court, located at, 940 Front Street, San Diego, California, Defendant, The Moore Law Group, APC (hereinafter " Moore Law ") will move for Summary Judgment, or in the Alternative, Summary Adjudication of Issues (hereinafter "Motion").

This Motion is made pursuant to Federal Rules of Civil Procedure, Rule 56, on the grounds that there are no triable issues of material fact with regards to Gabriela Mejia's Complaint as set forth therein, and therefore, Moore Law is entitled to judgment as a matter of law.

Alternatively, Moore Law will move the Court for an order adjudicating that the following issues in this action are established without substantial controversy and that no further proof thereof shall be required at trial of this action, and that any final judgment in this action shall, in addition to any matter determined at trial, be based upon the issues as so established:

///

///

Issue No. 1: <u>First Claim for Relief, Willful Non-Compliance with 15 USC 1681</u>
There is no triable issue of material fact with respect to Mejia's First Claim for Relief for Willful Non-Compliance with 15 USC 1681 as The Moore Law Group had a permissible purpose under the statute and The Moore Law Group is entitled to summary adjudication as a matter of law.

Issue No. 2: <u>Second Claim for Relief, Negligent Non-Compliance with 15 USC 1681(O)</u>

There is no triable issue of material fact with respect to Mejia's Second Claim for Relief for Negligent Non-Compliance with 15 USC 1681o as The Moore Law Group had a permissible purpose under the statute and The Moore Law Group is entitled to summary adjudication as a matter of law.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Harvey M. Moore and its attached exhibits, the Declaration of Elaina Moore, the concurrently filed Separate Statement of Undisputed Material Facts, the pleadings and documents and records on file herein, together with any oral argument or evidence presented at or prior to the hearing of this motion.

Any party who opposes the motion must serve and file a response not later than 14 days before the date of the hearing on the motion.

///

///

1 | Dated: December 21, 2010      The Moore Law Group, APC

By: _____
Harvey M. Moore
Attorney for The Moore Law Group

## CERTIFICATE OF SERVICE

I, Ray Mahdavi, do hereby certify that on December 23, 2010, a copy of the forgoing document was sent by U.S. Mail to:

Gabriela Mejia
3074 Village Pine Drive, Unit B
San Diego, CA 92173



RAY MAHDAVI