**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIELA MEJIA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br><br>THE MOORE LAW GROUP, and DOES 1 through 5, inclusive,<br><br>　　　　　　　　　　Defendant. | CASE NO. 10-CV-2030-H (CAB)<br><br>**ORDER**<br><br>**(1) DIRECTING PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(2) SUBMITTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

On September 29, 2010, Plaintiff Gabriela Mejia, proceeding *pro se*, filed a complaint alleging violations of the Fair Credit Reporting Act. (Doc. No. 1.) On December 23, 2010, Defendant The Moore Law Group, APC filed its motion for summary judgment. (Doc. No. 8.) Plaintiff's response in opposition to the motion was due on January 10, 2011. Plaintiff has not yet filed an opposition. The Court directs Plaintiff to respond. The Court warns Plaintiff that if this motion for summary judgment is granted, judgment will be entered against her. Accordingly, the Court orders the following:

(1) Plaintiff is directed to file any response in opposition to the motion for summary judgment on or before **January 24, 2011**. Defendant may file any response on or before **January 31, 2011**;

(2) The Court, pursuant to its discretion under Local Rule 7.1(d)(1), determines this matter is appropriate for resolution without oral argument, submits it on the parties' papers, and vacates the motion hearing.

**IT IS SO ORDERED.**

DATED: January 12, 2011

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT