Gabriela Mejia
3074 Village Pine Drive, Unit B
San Diego, CA 92173
(619) 476-3200
NO EMAIL NO FAX

In Pro Se

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Gabriela Mejia | CASE NO.: 10 CV 2030-H (CAB) |
| --- | --- |
| Plaintiff, | |
| Vs. | |
| The Moore Law Group, | STIPULATION TO DISMISS WITH PREJUDICE |
| and Does 1 through 5 inclusive | |
| Defendants. | Action filed: October 21, 2010 [Proposed Order filed concurrently herewith] |

Plaintiff Gabriela Mejia ("Plaintiff") and Defendant The Moore Law Group ("Defendant") hereby submit this Stipulation as follows:

WHEREAS, Plaintiff filed the Complaint in this matter on Octoberber 21, 2010; and

WHEREAS, Plaintiff and Defendant, through its counsel, have verbally agreed on January 4, 2011 to Stipulate and request the court to dismiss this case with prejudice.

Accordingly, IT IS HERBY STIPULATED between Plaintiff and Defendant to dismiss this case.

1

**STIPULATION TO DISMISS WITH PREJUDICE**

IT IS SO STIPULATED.

Dated: January 4, 2011

_____
Gabriela Mejia, In Pro Se

Dated: January 27, 2011

_____
Harvey Moore, The Moore Law Group

## CERTIFICATE OF SERVICE

I, Ray Mahdavi, do hereby certify that on January 27, 2011, a copy of the forgoing document was sent by U.S. Mail to:

Gabriela Mejia
3074 Village Pine Drive, Unit B
San Diego, CA 92173



Ray Mahdavi